ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUN 1 6 2014
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

AHMED ALI KHAN

Criminal Action No.
1:14-CR-197-SCJ-LTW

## Government's Motion for Detention

The United States of America, by counsel, Sally Quillian Yates, United States Attorney, and William L. McKinnon, Jr., Assistant United States Attorney, for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   A serious risk that the defendant will flee.

2. **Reason for Detention**

   The Court should detain the defendant because there are no conditions of release that will reasonably assure defendants' appearance as required.

3. **Rebuttable Presumption**

   The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendants as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3)(A).

## 4. Time for Detention Hearing

The United States requests a three day continuance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: June 16, 2014.

Respectfully submitted,

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6046

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ William L. McKinnon, Jr.
WILLIAM L. MCKINNON, JR.
Assistant United States Attorney
Ga. Bar No. 495812

## Certificate of Service

I served this document today by hand delivery to the Federal Defender Program, Inc., duty attorney and/or any other defense attorneys who appear on behalf of the defendant.

June 16, 2014

/s/ WILLIAM L. MCKINNON, JR.
WILLIAM L. MCKINNON, JR.
*Assistant United States Attorney*