MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT
    PLEA AND
        SENTENCE



**ORIGINAL**

Time in Court: __1__ Hrs __17__ Mins

Filed in Open Court:   Date: __6/18/14__   Time: __3:48pm__   Tape: __FTR__

Magistrate (presiding): __ALAN J. BAVERMAN__   Deputy Clerk: __Lisa Enix__

| | | | |
|---|---|---|---|
| Case No. | 1:14-CR-197-03-SCJ | Defendant's Name: | Ahmed Ali Khan |
| AUSA: | William McKinnon, Jr. | Defendant's Atty: | George Lawson, Jr. |
| USPO/PTR: | Stacy Rhault | Type Counsel: | Retained |

____ ARREST DATE: _____

____ INTERPRETER: _____

____ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT    Dft in custody? ( ) Yes    ( ) No

____ Defendant advised of right to counsel.    ( ) WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.

____ ORDER appointing _____ as counsel.

____ ORDER giving defendant _____ days to employ counsel.

____ Dft to pay attorney fees as follows: _____

____ INFORMATION/COMPLAINT filed.          ____ WAIVER OF INDICTMENT filed.

____ Copy indictment given to dft? ( ) Yes    ( ) No    Read to dft? ( ) Yes    ( ) No    ( ) Prior to Hrg

____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

____ ARRAIGNMENT HELD.   ( ) Superseding indictment          ( ) Dft's WAIVER of appearance filed.

____ Arraignment continued to _____ at _____ Request of ( ) Govt    ( ) Dft

____ Dft failed to appear for arraignment.    Bench warrant issued _____

____ Dft enters PLEA OF NOT GUILTY.   ( ) Dft stood mute; plea of NOT GUILTY entered.   ( ) Waiver of appearance.

____ MOTION TO CHANGE PLEA, and order allowing same.

____ PLEA OF GUILTY / NOLO as to counts _____

____ Petition to enter PLEA OF GUILTY / NOLO filed.

____ NEGOTIATED PLEA between Government and defendant filed.

____ Assigned To Judge _____ for ( ) trial    ( ) arraignment/sentence.

____ Assigned to Magistrate _____ for pretrial proceedings.

____ Estimated trial time: _____ days.         ( ) SHORT    ( ) MEDIUM    ( ) LONG

____ CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued

| | until _____ at _____ for sentencing. |
|---|---|
| ____ | GOVERNMENT MOTION FOR DETENTION filed. Hearing set _____ at _____ |
| ____ | Temporary commitment issued.   Dft remanded to custody of US Marshals Service. |

**BOND/PRETRIAL DETENTION HEARING**

| | |
|---|---|
| **X** | PRETRIAL DETENTION HEARING HELD. |
| ____ | BOND RELEASE HEARING HELD. |
| **X** | GOVERNMENT MOTION FOR DETENTION (**X**) GRANTED   ( ) DENIED   ( ) WITHDRAWN |
| **X** | WRITTEN ORDER TO FOLLOW. |
| ____ | HEARING HELD ON MOTION FOR REDUCTION / MODIFICATION OF BOND. |
| ____ | MOTION FOR REDUCTION OF BOND / MODIFICATION OF BOND   ( ) GRANTED   ( ) DENIED. |
| ____ | WRITTEN ORDER TO FOLLOW. |
| ____ | BOND SET at _____ |
| ____ | NON-SURETY |
| ____ | SURETY  ( ) Cash    ( ) Property    ( ) Corporate surety ONLY |
| ____ | SPECIAL CONDITIONS: _____ |
| ____ | BOND FILED; DEFENDANT RELEASED. |
| ____ | BOND NOT EXECUTED.   DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY. |

**WITNESSES:**   Jessica Owens, Special Agent with Food and Drug Administration

**EXHIBITS:**   Government's Exhibit #1 Marked and Admitted.

Defendant's Exhibit #1 Marked and Admitted.