IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMED ALI KHAN | CRIMINAL CASE NO.<br>1:14-CR-0197-03-SCJ |

### ORDER

**IT IS HEREBY ORDERED** that a transcript of the detention hearing held before Magistrate Judge Alan J. Baverman on June 18, 2014 [Doc. No. 52] as to defendant Ahmed Ali Khan be prepared for the Court's consideration in conjunction with the Defendant's appeal of a detention order [Doc. No. 78]. It is further **ORDERED** that the transcript be completed and filed within ten (10) calendar days of the entry of this Order. The cost of said transcript shall be billed to counsel for Defendant.

**IT IS SO ORDERED**, this 18th day of July, 2014.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE