IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMED ALI KHAN | CRIMINAL CASE NO.<br>1:14-CR-0197-03-SCJ |

## **ORDER**

This matter is before the Court on Defendant's appeal [Doc. No. 78] of the detention order issued by Magistrate Judge Alan J. Baverman on June 18, 2014 [Doc. No. 53]. The United States is hereby **ORDERED** to file its response to Defendant's appeal within ten (10) calendar days of the entry of this Order.

**IT IS SO ORDERED** this 18th day of July, 2014.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE