# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cr-00197-SCJ-LTW
### USA v. Zeyid et al
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 10/22/2014.

TIME COURT COMMENCED: 10:09 A.M.
TIME COURT CONCLUDED: 10:17 A.M.      TAPE NUMBER: FTRGOLD
TIME IN COURT: 00:08                  DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Ahmed Ali Khan NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Susan Coppedge for William McKinnon representing USA<br>Steven Sadow representing Ahmed Ali Khan |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#3-[47] Motion for Extension of Time, DENIED as MOOT per [108] and [126] orders continuing the pretrial conference and the filing time for motions.<br>DFT#3-[111] Motion to Suppres,s TAKEN UNDER ADVISEMENT<br>DFT#3-[130] Motion to Suppress Evidence, TAKEN UNDER ADVISEMENT<br>DFT#3-[132] Motion to Suppress, TAKEN UNDER ADVISEMENT |